**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| GENWORTH LIFE AND ANNUITY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **Case. No. 1:19-cv-00698-WCG** |
| JENNIFER GRAHAM MUNAO, LOUIS ANDREW MUNAO, JR., and GENA M. FISCO, | ) ) ) ) | **Chief Judge William C. Griesbach** |
| Defendants. | ) ) | |

## ORDER OF DEPOSIT

This cause coming before the Court on motion by GENWORTH LIFE AND ANNUITY INSURANCE COMPANY ("GLAIC") for an Order permitting it to deposit certain admitted liability pursuant to its Complaint in Interpleader under Rule 22 of the Federal Rules of Civil Procedure that is subject to competing claims of Defendants,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that leave is given to GLAIC to deposit into the Registry of this Court the sum of TWO HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($250,000.00), representing the death benefit under the Policy, plus accrued interest (Plaintiff's total admitted liability under the Policy) that is subject to competing claims by Defendants for the proceeds payable under the Term Life Policy, Policy No. 8181822, and the Clerk of this Court is hereby directed, upon the entry of this Order, to receive said sum and to issue its receipt for same and to hold said sum pending further order of this Court.

**IT IS FURTHER ORDERED** that the Clerk of this Court deposit TWO HUNDRED FIFTY THOUSAND AND 00/100 DOLLARS ($250,000.00), plus accrued interest, into an

interest bearing account, in keeping with the Clerk's normal practice, pending further order of this Court.  No withdrawal from this deposit may be had without order of this Court.

Dated at Green Bay, Wisconsin this 15th day of May, 2019.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court